# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No.: 18-21321-JAD |
| Maryanne MacFarlane, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| _____) | |
| ) | |
| Maryanne MacFarlane, ) | |
| ) | Related to Document No.: |
| Movant, ) | |
| ) | Related to Claim No.: 6 |
| v. ) | |
| ) | |
| Citibank, N.A., not in its individual ) | |
| capacity, but solely as Trustee of ) | |
| NRZ Pass-Through Trust VI ) | |
| ) | |
| Respondent. ) | |

_____

## DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on August 29, 2018, after reasonable investigation and upon review of the existing Chapter 13 Plan, and the recomputed plan, it appears to Debtor that the existing payment is sufficient to fund the plan even with the proposed change for November 1, 2018.

The new post-petition monthly payment payable to Respondent is $960.01, effective November 1, 2018, per the notice dated August 29, 2018. The Debtor's plan payment provides for a monthly payment to Citibank, N.A., not in its individual capacity, but solely as Trustee of NRZ Pass-Through Trust VI of $1005.00. Therefore, Debtor's plan remains sufficient.

Respectfully Submitted,

Date: November 13, 2018            s/Brian C. Thompson
                                   Brian C. Thompson, Esquire

Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com