IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Maryanne MacFarlane<br><br>　　　Debtor(s)<br><br>Ronda J. Winnecour, Chapter 13 Trustee,<br><br>　　　Movant,<br><br>　　　Vs.<br>Maryanne MacFarlane<br>　　　Respondent(s) | Case No.: 18-21321 JAD<br>Chapter 13<br><br><br>Related to Doc. #49 |

## ORDER OF COURT

AND NOW, this __2nd__ day of __May__, 2019, upon consideration of the Trustee's Motion to Enlarge Time for Filing of Final Report and Account, it is

ORDERED that the motion is Granted and the Chapter 13 Trustee shall file the Final Report and Account on or before July 31, 2019.

BY THE COURT:

_____
U.S. Bankruptcy Judge
Jeffery A. Deller

FILED
5/2/19 12:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-21321-JAD
Maryanne Macfarlane                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: May 02, 2019
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2019.
db         +Maryanne Macfarlane,    1660 Pierce Street,    Washington, PA 15301-3142

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2019 at the address(es) listed below:
        Brian C. Thompson    on behalf of Debtor Maryanne  Macfarlane bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
        David A. Rice    on behalf of Debtor Maryanne  Macfarlane ricelaw1@verizon.net, lowdenscott@gmail.com
        James Warmbrodt    on behalf of Creditor    NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017-1-RPL1 bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC as servicer for NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017-1-RPL1 bkgroup@kmllawgroup.com
        Justin M. Tuskan    on behalf of Creditor    Chrome Federal Credit Union jtuskan@metzlewis.com, mmattheis@metzlewis.com
        Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com
        Lauren Berschler Karl    on behalf of Creditor    DIPLOMAT PROPERTY MANAGER LLC lkarl@rascrane.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Scott R. Lowden    on behalf of Debtor Maryanne  Macfarlane niclowlgl@comcast.net
                                                                                                            TOTAL: 11